\*\* NOT PRINTED FOR PUBLICATION \*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| PRISCILLA TRUONG,  §<br>§<br>*Plaintiff,*  §<br>§<br>v.  §<br>§<br>ORANGEFIELD INDEPENDENT SCHOOL  §<br>DISTRICT, et al.,  §<br>§<br>*Defendants.*  § | CIVIL ACTION No. 1-13-CV-292<br><br>JUDGE RON CLARK |

**FINAL JUDGMENT**

The court granted Defendant Port Arthur Independent School District's motion for summary judgment in this matter on May 29, 2014. [Doc. # 63]. In accordance with that Order, it is so ORDERED that Plaintiff Priscilla Truong shall take nothing, that costs are to be taxed against Plaintiff Priscilla Truong, and that all relief not specifically granted here is DENIED. All pending motions are DENIED AS MOOT. This is a Final Judgment disposing the claims of all parties and is appealable.

So **ORDERED** and **SIGNED** this **10** day of **June, 2014.**

_____
Ron Clark, United States District Judge